# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | NO. 1:06-CR-0159-01 |
| : | |
| v. : | (Judge Conner) |
| : | |
| **DION EUGENE WILSON,** : | |
| **Defendant** : | |

## ORDER

AND NOW, this 4th day of January, 2008, upon consideration of the government's motion to revoke bail (Doc. 87), and clear and convincing evidence having been found to exist that the defendant violated his bail conditions, and that the defendant is unlikely to abide by any condition or combination of conditions of release, at a hearing held on this date, it is hereby ORDERED that the defendant's bail is REVOKED and the defendant shall immediately be remanded to the custody of the United States Marshal's Service for detention and delivery to the Bureau of Prisons for service of his sentence, pursuant to 18 U.S.C. § 3148.

S/Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
